IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3146 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AMENDED** |
| | ) | **ORDER** |
| RANDALL LEE DUNCAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 50) has been rescheduled before the undersigned United States district judge to Tuesday, July 19, 2005, at 1:00 p.m., in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. **The United States Marshals shall return the defendant to the district for the hearing.**

DATED this 6th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge